# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN, | 3:17-cv-00433-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 7, 2019 |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time to Reply to Defendants Response to Motion for T.R.O. (ECF No. 60). Plaintiff requests an extension to and including March 4, 2019, to file his reply to Defendants' opposition.

Plaintiff's Motion for Extension of Time to Reply to Defendants Response to Motion for T.R.O. (ECF No. 60) is **GRANTED**. Plaintiff shall have to and including **March 4, 2019**, in which to file his reply to Defendants' opposition.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk