# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN, | Case No.: 3:17-cv-00433-MMD-WGC |
| Plaintiff, | **Order** |
| v. | Re: ECF No. 208 |
| ROMEO ARANAS, et al., | |
| Defendants. | |

Plaintiff has filed a motion to enlarge time to file his reply in support of his motion for partial summary judgment. (ECF No. 208.) Plaintiff appears to indicate that he does not have a copy of his motion for partial summary judgment (ECF No. 155); and that Defendants have not served him with a copy of their response at his current address of record at Clark County Detention Center (CCDC). He asks for an extension of time, through January 6 or 7, 2020, to file his reply brief.

With good cause appearing, Plaintiff's motion (ECF No. 208) is **GRANTED.** Plaintiff has until **January 7, 2020** to file his reply brief. **THERE WILL BE NO FURTHER EXTENSIONS** absent a showing of exceptional circumstances.

The Clerk shall **SEND** Plaintiff a copy of the following documents at his current address of record at CCDC:

(1) the court's Minute Order at ECF No. 198, which was recently returned as undeliverable;

(2) the entirety of Plaintiff's motion for partial summary judgment, now set forth at ECF No. 155-1;

///

(3) Defendants' response to the motion, including ECF Nos. 203, 203-1 to 203-9, 204, 205, 205-1, 206.

The court recognizes that certain of these documents have been filed under seal, mainly because they contain Plaintiff's sensitive medical/mental health information. Typically, inmates at NDOC facilities are required to kite the warden at their housing facility to review medical/mental health records in connection with litigation. Plaintiff is currently housed at CCDC, and not a NDOC facility. The sensitive information is being sealed from the public's access, but Plaintiff must have access to the materials to draft his reply brief. Therefore, the court is ordering that these documents, including sealed documents, be sent directly to Plaintiff at CCDC.

**IT IS SO ORDERED**.

Dated: December 4, 2019.

William G. Cobb
United States Magistrate Judge