UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KENNETH FRIEDMAN,

Plaintiff,

v.

ROMEO ARANAS, *et al.*,

Defendants.

Case No. 3:17-cv-00433-MMD-WGC

ORDER

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge William G. Cobb (ECF No. 213, *superseded by* ECF No. 214 (Amended R&R)), recommending that the Court deny Plaintiff's Motion for Partial Summary Judgment on Involuntary Transfer ("Motion") (ECF No. 171). Plaintiff had until January 2, 2020 to file an objection. To date, no objection has been filed. For that reason, and because the Court agrees with Judge Cobb, the Court will adopt the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

While Plaintiff has failed to timely object to Judge Cobb's recommendation to deny his Motion, the Court has nevertheless conducted a *de novo* review to determine whether to adopt the Amended R&R. After reviewing the Amended R&R (ECF No. 214)

and briefs relating to Plaintiff's Motion (ECF Nos. 171, 189, 195), the Court agrees with Judge Cobb's finding that genuine issues of material facts preclude summary judgment on Plaintiff's retaliation claims.

It is therefore ordered, adjudged, and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 213, *superseded by* ECF No. 214) is accepted and adopted in full.

It is further ordered that Plaintiff's Motion for Partial Summary Judgment on Involuntary Transfer (ECF No. 171) is denied.

DATED THIS 7th day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE